# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    ) | |
| Plaintiff, )<br>                    ) | Case No. 2:14-cr-00161-JAD-GWF |
| vs. )<br>                    ) | **ORDER** |
| JULIO ROSALES-SERRANO, )<br>                    ) | |
| Defendant. )<br>_____ ) | |

This matter is before the Court on Defendant's Request for Appointment of Counsel (ECF No. 49), filed on June 23, 2016.

Defendant moves for the appointment of counsel to examine his case and determine if Amendment 782 to the United States Sentencing Guidelines would allow him to receive a reduced sentence or early release date.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Appointment of Counsel (ECF No. 49) is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel.  Appointed counsel shall enter an appearance in this matter by **July 12, 2016**.

**IT IS FURTHER ORDERED** that the appointed counsel shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation.

**IT IS FURTHER ORDERED** that Defendant shall submit an updated financial affidavit, under seal, to establish that he cannot afford to retain private counsel.

DATED this 27th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge