DANIEL J. HILL, ESQ.
NV Bar # 12773
WOLF, RIFKIN, SHAPRIO,
SCHULMAN & RABKIN LLP
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Tel:   (702) 341-5200
Fax:   (702) 341-5300
DHill@wrslawyers.com
*Attorney for Defendant Julio Rosales-Serrano*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JULIO ROSALES-SERRANO,<br><br>            Defendant. | CASE NO.: 2:14-CR-00161-JAD-GWF<br><br>**STIPULATION AND PROPOSED ORDER REGARDING THE APPLICABILITY OF AMENDMENT 782 TO THE UNITED STATES SENTENCING GUIDELINES** |

This is the parties' stipulation regarding the applicability in this case of Amendment 782 to the United States Sentencing Guidelines.

Mr. Rosales pled guilty to one count of Conspiracy to Distribute a Controlled Substance, Heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C). *See* Guilty Plea Agreement, ECF No. 45, at 2. Mr. Rosales was sentenced on September 8, 2015. *See* ECF No. 47; *see also* Transcript of Proceedings, a true and correct copy of which is attached as **Exhibit A**.  Judgment was entered on September 9, 2015. *See* ECF No. 48. Mr. Rosales filed motions for sentence reduction (ECF No. 50) and for appointment of counsel (ECF No. 49) on June 23, 2016. The Court granted the motion for appointment of counsel and ordered appointed counsel to investigate the applicability of Amendment 782 in this case. *See* Order, ECF No. 51.

On November 1, 2014, the U.S. Sentencing Commission promulgated U.S.S.G. Amendment 782, which reduced by two the offense levels across all drug types, resulting in lower advisory

guideline sentencing ranges for many drug offenders. The Commission also gave Amendment 782 retroactive effect by listing it in U.S.S.G. § 1B1.10(d)'s list of retroactive amendments. The amendment to § 1B1.10(d), making Amendment 782 retroactive, went into effect on November 1, 2014.

For the following reasons, Mr. Rosales and the government agree that Mr. Rosales is not entitled to any further reduction in his sentence:

1. The initial base offense level in this case under U.S.S.G. § 2D1.1(c)(6) was 28.

2. The plea agreement contemplated a two-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(a). *See* ECF No. 45 at 5.

3. The plea agreement contemplated an additional one-level reduction for a timely plea under U.S.S.G. § 3E1.1(b). *Id.*

4. The plea agreement further stated as follows: "In light of the…proposed amendment to lower the base offense level for all drug offenses by two levels, the Government agrees to recommend a two-level downward variance to the Defendant's base offense level. In exchange for this recommendation, the Defendant agrees not to seek, and expressly waives the right to seek, a further reduced sentence…in the event that the two-level reduction is adopted and made retroactive by the Sentencing Commission." *Id.* at 6.

5. The plea agreement contemplated, therefore, an additional two-level reduction under the category "Attorney General Directive," for a total offense level of 23.

6. Mr. Rosales fell in criminal history category I with an offense level of 23, for a Guidelines range of 46-57 months.

7. At sentencing, both Mr. Rosales and the government agreed to a sentence at the low end of the Guidelines. *See* **Exh. A** at 6:24-7:6.

8. The Court accepted and applied the government's recommended two-level downward variance in anticipation of Amendment 782's implementation, as well as the three levels for acceptance of responsibility and timely plea. *Id.* at 8:14-17.

9. The Court also followed the parties' recommendation for a low-end sentence. Accordingly, the Court sentenced Mr. Rosales to 46 months in custody followed by three years of

supervised release. *Id.* at 9:2-5.

10. Therefore, the parties agree that Mr. Rosales has already received the benefit intended by Amendment 782, and no further reduction in his sentence is warranted at this time.

Respectfully submitted this 25th day of October 2016.

By: */s/ Daniel J. Hill*_____
DANIEL J. HILL, ESQ.
Nevada Bar No. 12773
*Attorney for Defendant Julio Rosales-Serrano*

On October 25th, 2016

By: */s/ Cristina D. Silva*_____
CRISTINA D. SILVA, ESQ.
Assistant United States Attorney
*Attorney for the Government*

On October 25th, 2016

**ORDER**

Based upon the stipulation of the Parties and upon the Court's own independent review of the record,

IT IS HEREBY ORDERED that Defendant Julio Rosales-Serrano's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. 3582(c) (ECF No. 50) is DENIED.

DATED this 26th day of October, 2016.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE